Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10007−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John A. Dragani
   aka John Dragani
   177 Krumm Avenue
   West Berlin, NJ 08091

Social Security No.:
   xxx−xx−7177

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      7/15/21
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,000.00

EXPENSES
$97.09

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 8, 2021
JAN: jpl

                                                                              Jeanne Naughton
                                                                              Clerk

Case 20-10007-JNP    Doc 69    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
John A. Dragani  
    Debtor

Case No. 20-10007-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 08, 2021      Form ID: 137      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Dragani, 177 Krumm Avenue, West Berlin, NJ 08091-1608 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518645044 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518721032 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518645045 | | Bank of America/FIA Card Services, Attn: Bankruptcy Dept, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518890217 | #+ | Brian C. Nicholas, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518884970 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518707985 | + | Joseph G. Devine Jr Esq, 30 Montgomery Street, Suite 1205, Jersey City, New Jersey 07302-3835 |
| 519228216 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation Bankruptcy, P O Box 245, Trenton, NJ 08695 |
| 518645052 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518845536 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518731298 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518707993 | + | Wells Fargo Bank NA, 1 Home Campus, Des Moines IA 50328-0001 |
| 518707992 | | Wells Fargo Bank NA, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518706262 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518645058 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |
| 518645057 | | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518645046 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:06:04 | Capital One Ban USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518669070 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518645047 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:06:04 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518645048 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:04:32 | Capital One Bank USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518703534 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518747737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-10007-JNP    Doc 69    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 08 2021 21:04:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518645050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:04:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518645051 | | Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518651565 | | Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518703849 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 21:07:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518745725 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2021 21:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518645053 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2021 21:04:29 | Syncb/car Care Pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518746131 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2021 21:04:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645676 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2021 21:04:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645054 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2021 21:04:29 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518645055 | | Email/Text: bankruptcy@td.com | Jun 08 2021 21:08:00 | TD Bank, Attn: Bankruptcy Dept, 1701 Rt 70 East, Cherry Hill, NJ 08034 |
| 518645056 | | Email/Text: bankruptcy@td.com | Jun 08 2021 21:08:00 | TD Bank, N.A., Po Box 1377, Lewiston, ME 04243 |
| 518759051 | | Email/Text: bankruptcy@td.com | Jun 08 2021 21:08:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 518740323 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518645049 | * | Capital One Bank USA NA, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518845537 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 08, 2021 | Form ID: 137 | Total Noticed: 38

Date: Jun 10, 2021        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank N.A. jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| S. Daniel Hutchison | on behalf of Debtor John A. Dragani sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9