Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10007−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John A. Dragani
  aka John Dragani
  177 Krumm Avenue
  West Berlin, NJ 08091

Social Security No.:
  xxx−xx−7177

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 4, 2021.

Dated: August 4, 2021
JAN: kvr

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-10007-JNP
John A. Dragani                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Dragani, 177 Krumm Avenue, West Berlin, NJ 08091-1608 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518645044 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518721032 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518645045 | | Bank of America/FIA Card Services, Attn: Bankruptcy Dept, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518884970 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518707985 | + | Joseph G. Devine Jr Esq, 30 Montgomery Street, Suite 1205, Jersey City, New Jersey 07302-3835 |
| 519228216 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation Bankruptcy, P O Box 245, Trenton, NJ 08695 |
| 518645052 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518845536 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518731298 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518707993 | + | Wells Fargo Bank NA, 1 Home Campus, Des Moines IA 50328-0001 |
| 518707992 | # | Wells Fargo Bank NA, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518706262 | # | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518645058 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |
| 518645057 | | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518645046 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 20:36:07 | Capital One Ban USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518669070 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 20:36:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518645047 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 20:35:45 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518645048 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 20:36:07 | Capital One Bank USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518703534 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 20:36:11 | Capital One N.A., 4515 N Santa Fe Ave, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 518747737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:35:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518645050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:35:53 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518645051 | | Email/Text: mrdiscen@discover.com | Aug 04 2021 20:17:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518651565 | | Email/Text: mrdiscen@discover.com | Aug 04 2021 20:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518703849 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2021 20:17:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518745725 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2021 20:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518645053 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:57 | Syncb/car Care Pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518746131 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645676 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645054 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:57 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518645055 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | TD Bank, Attn: Bankruptcy Dept, 1701 Rt 70 East, Cherry Hill, NJ 08034 |
| 518645056 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | TD Bank, N.A., Po Box 1377, Lewiston, ME 04243 |
| 518759051 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 518740323 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 20:36:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518645049 | * | Capital One Bank USA NA, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518845537 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518890217 | ##+ | Brian C. Nicholas, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank N.A. jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| S. Daniel Hutchison | on behalf of Debtor John A. Dragani sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9