UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John A. Dragani

Case No.: _____20-10007_____

Chapter: 13

Judge: _____JNP_____

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], John A. Dragani_____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on March 18, 2020.

2) I was current with plan payments through March 2022.

3) I was current with post-petition mortgage payments through March 2022 on property located at 177 Krumm Avenue, West Berlin NJ 08091.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at N/A.

      ○ YES  ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ⦿ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at N/A.

      ○ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES  ○ NO

5) I was current with post-petition auto payments through  N/A  on the following automobile(s). [If not applicable, skip]
   N/A  .

6) The change in my household income previously reported on Schedule I is $ 3,573.00  . My current household income is $ 3,409.23  . I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
   My current total household expenses are now $ 2,925.23  .

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> I am a 72 year old man that collects social security and work part-time as an Uber Driver as well as real estate sales. During the COVID-19 Pandemic, I was unable to have any real estate showings and my ability to earn real estate commissions was drastically reduced.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 03/25/22                                                    /s/John A. Dragani
                                                                   Debtor's Signature

Dated: _____                                      _____
                                                                   Debtor's Signature

*new.12/2020*