Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−10007−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John A. Dragani
    aka John Dragani
    177 Krumm Avenue
    West Berlin, NJ 08091

Social Security No.:
    xxx−xx−7177

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 4, 2021.

On 3/25/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             May 4, 2022
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
        a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
        of a secure claim, such holders acceptance or rejection of the Plan before modification will
        be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
        holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
        the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 28, 2022
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 20-10007-JNP |
|---|---|
| John A. Dragani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 185 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Dragani, 177 Krumm Avenue, West Berlin, NJ 08091-1608 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518645044 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518721032 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518645045 | | Bank of America/FIA Card Services, Attn: Bankruptcy Dept, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518884970 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518707985 | + | Joseph G. Devine Jr Esq, 30 Montgomery Street, Suite 1205, Jersey City, New Jersey 07302-3835 |
| 518645052 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518845536 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519228216 | + | State of New Jersey, Division of Taxation Bankruptcy, P O Box 245, Trenton, NJ 08695-0245 |
| 518731298 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518707993 | + | Wells Fargo Bank NA, 1 Home Campus, Des Moines IA 50328-0001 |
| 518707992 | #+ | Wells Fargo Bank NA, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 518706262 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518645058 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |
| 518645057 | | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518645046 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 20:37:30 | Capital One Ban USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518669070 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518645047 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 20:37:14 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518645048 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 20:37:40 | Capital One Bank USA NA, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518703534 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518747737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 20:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

District/off: 0312-1                              User: admin                              Page 2 of 3
Date Rcvd: Mar 28, 2022                          Form ID: 185                             Total Noticed: 37

|  |  |  |  |
|---|---|---|---|
|  |  |  | SD 57108-5027 |
| 518645050 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 20:48:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518645051 | Email/Text: mrdiscen@discover.com | Mar 28 2022 20:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518651565 | Email/Text: mrdiscen@discover.com | Mar 28 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518703849 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2022 20:41:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518745725 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518645053 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 20:37:41 | Syncb/car Care Pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518746131 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 20:37:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645676 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 20:37:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518645054 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 20:37:13 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518645055 | Email/Text: bankruptcy@td.com | Mar 28 2022 20:41:00 | TD Bank, Attn: Bankruptcy Dept, 1701 Rt 70 East, Cherry Hill, NJ 08034 |
| 518645056 | Email/Text: bankruptcy@td.com | Mar 28 2022 20:41:00 | TD Bank, N.A., Po Box 1377, Lewiston, ME 04243 |
| 518759051 | Email/Text: bankruptcy@td.com | Mar 28 2022 20:41:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 518740323 | + Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518645049 | * | Capital One Bank USA NA, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518845537 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518890217 | ##+ | Brian C. Nicholas, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1    User: admin    Page 3 of 3
Date Rcvd: Mar 28, 2022    Form ID: 185    Total Noticed: 37

Date: Mar 30, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Specialized Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank  N.A. jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor TD Bank  N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| S. Daniel Hutchison | on behalf of Debtor John A. Dragani sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10